

# Fourth Court of Appeals
## San Antonio, Texas

February 20, 2020

No. 04-19-00359-CR

Laura Flores **MESSICK**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR11174
Honorable Catherine Torres-Stahl, Judge Presiding

# O R D E R

Appellant's court-appointed attorney filed a brief pursuant to *Anders v. California*, 368 U.S. 738 (1967). On February 18, 2020, appellant filed a motion requesting access to the appellate record. *See Kelly v. State*, 436 S.W.3d 313. 320-21 (Tex. Crim. App. 2014). After consideration, we **GRANT** appellant's request for a copy of the record, and we **ORDER** the district clerk of Bexar County to prepare and send a full and complete duplicate copy of the clerk's record and the reporter's record for cause number 2017CR11174 to appellant at:

Laura Messick, T.D.C. #2263758
Crain Unit
1401 State School Rd.
Gatesville, TX 76599

We **FURTHER ORDER** the district clerk to file written notice in this court no later than ten days from the date of this order confirming the date the record was sent to appellant.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of February, 2020.



Michael A. Cruz,
Clerk of Court